















ANDY   9/4/01   8:53
3:97-CV-01547   WALKER V. SAN DIEGO CITY OF
*115*
*O.*

WALKER _____ v. CITY OF SAN DIEGO _____ No. 97-1547-BTM(LSP)

HON. LEO S. PAPAS      CT. DEPUTY TRISH LOPEZ      Rptr. _____
                              Attorneys
     Plaintiffs                                        Defendants

AMY VANDEVELD _____      EUGENE GORDON _____

_____      _____

_____      _____

Settlement Conference held.

On or before September 12, 2001, Defendant shall prepare and fax to Plaintiffs' counsel and the Court a timetable for the completion of the construction project.

On or before September 12, 2001, Defendant shall provide the revised plans for the project to Plaintiffs' counsel.

Further Settlement Conference shall be held on September 12, 2001 at 11:00 AM. Counsel may participate by telephone conference call. The Court will initiate the conference call.

__X__  Copies to:  Counsel of Record          _____ Notified by Telephone
DATE: August 30, 2001                          INITIALS: _PML_ Deputy

                                        IT IS SO ORDERED:_____
                                        Leo S. Papas, US Magistrate Judge

minutes.