















JOEH    1/24/03    9:42
3:97-CV-01547    WALKER V. SAN DIEGO CITY OF
*192*
*DECL.*

ORIGINAL

FILED

03 JAN 28 AM 8:53

BY: _____  DEPUTY

NUNC PRO TUNC
JAN 1 6 2003

1  LATHAM & WATKINS LLP
       Kenneth M. Fitzgerald (142505)
2      Shannon Z. Petersen (211426)
   701 B Street, Suite 2100
3  San Diego, California 92101-8197
   Telephone: (619) 236-1234
4  Facsimile: (619) 696-7419

5  Attorneys for Amicus Curaie
   National Football League

6

7

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11  BEVERLY WALKER, WHEELCHAIR          CASE NO. 97cv1547 BTM (LAP)
    ACCESS NOW TODAY ON BEHALF OF
12  NOEL NEUDECK, KATHLEEN LENTINI      DECLARATION OF JAMES H. STEEG IN
    AND ITS MEMBERS, ALISA             SUPPORT OF THE NATIONAL FOOTBALL
13  SCHUMAN, and ROBERT HANN, by       LEAGUE'S OPPOSITION TO
    and through his Guardian Ad        PLAINTIFFS' MOTION TO ENFORCE
14  Litem, JEB HANN,                   SETTLEMENT

15               Plaintiffs,

16       v.                            Date: January 17, 2003
                                       Time: 2:00 p.m.
17  CITY OF SAN DIEGO,                 Hon. Leo S. Papas
    TICKETMASTER, ACE PARKING,
18  CHARGERS FOOTBALL COMPANY, SAN
    DIEGO PADRES BASEBALL CLUB,
19  SPORTS ARENA 2000,

20               Defendants.

21

22       I, James H. Steeg, declare as follows:

23       1.   I am the Senior Vice President of Special Events

24  of The National Football League (the "NFL"). All of the facts

25  set forth below are within my personal knowledge, to which I

26  could and would competently testify under oath if called upon to

27  do so.

28

Latham & Watkins
ATTORNEYS AT LAW
SAN DIEGO

SD\367661.1

192

1                    DECLARATION OF JAMES H. STEEG
                     IN SUPPORT OF NFL'S OPPOSITION
                     TO MOTION TO ENFORCE SETTLEMENT

1    2.    The NFL Super Bowl Selection Committee,

2 consisting of NFL team owners, agreed to hold Super Bowl XXXVII

3 in San Diego's Qualcomm Stadium in November, 1998, based on the

4 City of San Diego's bid proposal for that event.    A true and

5 correct copy of relevant excerpts from San Diego's bid proposal

6 is attached hereto as Exhibit A.    In accepting San Diego's bid

7 proposal in 1998, the NFL was promised exclusive possession of

8 Qualcomm Stadium for the month of January.    Having exclusive

9 possession and control over the stadium was material to the

10 NFL's decision to hold the Super Bowl in San Diego, and is a

11 critical requirement which allows the NFL to produce the Super

12 Bowl in a safe, secure, accessible, and economical manner.    Had

13 the City conditioned the NFL's use of Qualcomm Stadium on

14 particular seating configurations or inspection rights by

15 outside parties, I would not have recommended San Diego to the

16 NFL's Super Bowl Selection Committee, and the NFL would likely

17 not have awarded Super Bowl XXXVII to the City of San Diego.

18    3.    At no time was the NFL asked to review,

19 negotiate, or otherwise consult with any party regarding the

20 Settlement Agreement and Mutual Release which resolved this

21 action between plaintiffs and defendants.    At no time has the

22 City of San Diego or any other party requested the NFL to comply

23 with the Settlement Agreement's requirements.    At the same time,

24 the NFL employs a comprehensive Disability Services Access

25 program to ensure that the Super Bowl not only complies with the

26 Americans with Disabilities Act, but to ensure that all disabled

27 Super Bowl guests fully enjoy the Super Bowl experience.    To

28

Latham & Watkins
ATTORNEYS AT LAW
SAN DIEGO

SD\367661.1

2

DECLARATION OF JAMES H. STEEG
IN SUPPORT OF NFL'S OPPOSITION
TO MOTION TO ENFORCE SETTLEMENT

this end, the NFL's Disability Services Access Program includes the following services:

a.   **Ticketing Lottery and Exchange Policy**

    i)   **Ticket Lottery:** Individuals with disabilities may participate in a ticket lottery, ensuring and enhancing ticket availability to members of the disabled community. This special lottery is available through the NFL with registration beginning in the spring in advance of the next year's game.

    ii)   **Ticket Exchange:** Ticket holders requiring disabled seating may exchange any conventional ticket in advance of the game for the nearest available disabled seating location, regardless of the origin of the ticket.

b.   **Communication with Disabled Patrons**

    i)   **Disability Services Guide:** Each year, a Disability Services Guide is produced, providing one-stop information regarding accessibility for the Super Bowl and its surrounding events, highlighting the accessible elements and features of the Stadium and maps of the Stadium, transportation information, hours and access features. The Guide also contains information about events sponsored by the local host committee, and other information to aid in the planning of a Super Bowl trip from beginning to end. This Guide is available at the NFL Experience and at the Super Bowl. The information is also posted on the NFL's Super Bowl website.

    ii)   **Signage for Disabled Patrons:** Signage using the international symbol of accessibility is used at the NFL Experience and Super Bowl to indicate accessible routes and accessible elements and features, to make them easily identifiable for all people with disabilities.

    iii)  **Disability Services Office:** The NFL has a special Disability Services office, where trained personnel will help answer any access questions and help coordinate any special access requests, including information in alternative formats for the sight impaired.

Latham & Watkins
ATTORNEYS AT LAW
SAN DIEGO

SD\367661.1

3

DECLARATION OF JAMES H. STEEG
IN SUPPORT OF NFL'S OPPOSITION
TO MOTION TO ENFORCE SETTLEMENT

iv) **Disability Services Personnel:** The NFL hires and trains a staff of approximately 75 to 100 people to assist disabled patrons with any needs. At the NFL Experience, the Disability Services team provides wheelchairs and Golf Carts for mobility assistance, team members to answer any questions and aid in access for events. Disability Services personnel are available to help people with disabilities enter and exit the stadium, direct them to accessible routes, provide wheelchairs and golf cart assistance where needed, and otherwise assist individuals with disabilities as necessary to ensure that they have a great Super Bowl experience.

c. **Accessible Transportation**

i) **Accessible Route:** All accessible routes in and out of older stadiums are marked with clear signage, and Disability Services personnel are trained to assist individuals with any access issues they may encounter.

ii) **Wheelchairs are Available:** wheelchairs are available at the NFL Experience and Super Bowl to help semi-ambulatory individuals.

iii) **Golf Carts are Available:** golf carts are available to help semi-ambulatory and disabled individuals to and from the stadium

iv) **Accessible Buses and Shuttles:** Accessible vans and buses are available from outlying parking areas to bring those unable to walk long distances closer to the stadium, where Disability Services personnel can assist them to their seats. Many of these vans and shuttles service most of the hotels where patrons stay during their Super Bowl trip.

v) **Accessible Parking:** Even when security concerns limit or eliminate stadium parking for private cars to the public, specially designated accessible parking is made available as close as possible, and on the accessible route and staffed with members of the Disability Services team to assist patrons as needed.

DECLARATION OF JAMES H. STEEG
IN SUPPORT OF NFL'S OPPOSITION
TO MOTION TO ENFORCE SETTLEMENT

  d.  **Vendors and Subcontractors:**

  i)  The NFL provides a Vendors' and
  Contractors' Guide and Checklist each year
  to assist each Event in compliance with the
  ADA and any state law regarding disabled
  access.

  ii)  Audits are performed to help ensure
  that the Super Bowl, NFL Experience, and
  other related events meet all aspects of
  accessibility requirements, from parking to
  dining to any aspect of entertainment
  offered.

This year's Disability Services Guide is attached hereto as
Exhibit B.

  4.  The NFL's efforts in accommodating the disabled
have been commended by the United States Department of Justice
and a variety of groups representing the interests of the
disabled.

  5.  Attached hereto as Exhibit "C" is a true and
correct copy of the Qualcomm Stadium Use Permit between the City
and the NFL pertaining to Super Bowl XXXVII.  This Use Permit
affords the NFL exclusive possession and control of Qualcomm
Stadium from January 9, 2003 through 72 hours following the
Super Bowl.  The agreement also gives the NFL the exclusive
right to sell and/or distribute Super Bowl tickets.  These
provisions were originally agreed to at the time the NFL
accepted the City's bid proposal for Super Bowl XXXVII in 1998,
prior to the Settlement Agreement.

  6.  Super Bowl tickets are not available for sale to
the general public and consequently are not available from or
sold to ticket outlets or ticket companies like Ticketmaster or
any company that is in the business of selling tickets to the

**Latham & Watkins**
ATTORNEYS AT LAW
SAN DIEGO

SD\367661.1

5

DECLARATION OF JAMES H. STEEG
IN SUPPORT OF NFL'S OPPOSITION
TO MOTION TO ENFORCE SETTLEMENT

1 general public. While ticket brokers and scalpers may resell
2 Super Bowl tickets, that activity is illegal in 47 states. In
3 addition, the NFL reserves the right to deny access to the Super
4 Bowl if tickets are not bought from NFL-authorized sources. The
5 NFL has rescinded tickets on occasions when their recipients
6 attempted to resell those tickets. Last week the NFL rescinded
7 such tickets when it was discovered their recipients (two
8 charities) were reselling them on eBay.

9       7.   The NFL holds a random lottery for Super Bowl
10 tickets, beginning the day after the Super Bowl and ending June
11 in the year prior to the game. Anyone, including the disabled,
12 can enter this lottery by sending a certified or registered
13 letter to the NFL between February 1 and June 1. For Super Bowl
14 XXXVII, 23,802 people entered the lottery, and the NFL awarded
15 1,000 tickets. In other words, the only way the general public
16 can attempt to purchase tickets to the Super Bowl is through the
17 lottery award process.

18       8.   In addition, the NFL holds a random lottery for
19 Super Bowl tickets exclusively for persons with disabilities.
20 For Super Bowl XXXVII, 67 individuals entered this lottery, and
21 56 tickets were awarded. The only entrants to the disabled
22 lottery who were not awarded tickets were individuals known to
23 the NFL to be able-bodied, or to have scalped Super Bowl tickets
24 in the past. Thus, those entering the NFL's general ticket
25 lottery had a roughly 4% chance of winning the right to purchase
26 tickets, whereas 100% of legitimately disabled fans who entered
27 the disabled fan-only lottery won the right to purchase such
28 tickets. In addition, 5.6% of the 1,000 seats awarded under the

atham & Watkins
ATTORNEYS AT LAW
SAN DIEGO

SD\367661.1

6

DECLARATION OF JAMES H. STEEG
IN SUPPORT OF NFL'S OPPOSITION
TO MOTION TO ENFORCE SETTLEMENT

1  NFL's Super Bowl ticket lottery were specifically awarded to the
2  disabled.

3          9.   Super Bowl tickets are distributed to NFL
4  sponsors, NFL partners, NFL special guests, consultants,
5  selected media, employees of the NFL and of course the NFL
6  thirty-two member clubs.  The ticket distribution for Super Bowl
7  XXXVII is as follows: AFC Champion receives 17.5 percent; the
8  NFC Champion receives 17.5 percent; the Host Team receives 5
9  percent; the other 29 Teams receive 34.8 percent; and the NFL
10 Headquarters receives 25.2 percent.

11         10.   The NFL thirty-two member clubs in turn
12 distribute tickets to their selected luxury box holders, club
13 sponsors, and selected season ticket holders, special guests,
14 specific NFL players, coaches and club staff members.  Although
15 being a season ticket holder or luxury suite holder does
16 increase the chance to be invited to purchase Super Bowl
17 tickets, season ticket holders and luxury suite holders are not
18 guaranteed the opportunity to purchase Super Bowl tickets.

19         11.   In some instances, selected patrons or guests are
20 invited to the Super Bowl one year, but may not be invited back
21 the following year.  The invitation to purchase a Super Bowl
22 ticket is determined solely by the NFL or the above mentioned
23 individuals or entities that are provided the tickets by the
24 NFL.  The Super Bowl is essentially a private event which is
25 then broadcasted nationally and internationally by licensed
26 television networks.

27         12.   Though the Super Bowl is essentially a private
28 event through which tickets are made available by invitation, in

1 deciding who to invite to the Super Bowl, the NFL does not
2 discriminate against or exclude any persons with disabilities.

3      13. I have reviewed the definition of "Event Sponsor"
4 in the Settlement Agreement and Mutual Release between
5 Plaintiffs and Defendants in this action. Applying the ordinary
6 and plain meaning of the words "tickets are made Available for
7 Sale to the general public," I can, without reservation, state
8 that the NFL does not make Super Bowl tickets available for sale
9 to the general public, and is therefore not an Event Sponsor
10 under the terms of that Settlement Agreement.

11      14. Some recipients of Super Bowl tickets are
12 wheelchair users or otherwise disabled. The NFL, working with
13 its member teams and invitees, is apprised by such ticket
14 holders of their special needs, and the NFL exchanges wheelchair
15 seat tickets for conventional seat tickets whenever required to
16 accommodate a disabled fan with a legitimately obtained Super
17 Bowl ticket. In addition, the NFL receives, and typically
18 honors, exchange requests from ticket holders who unwittingly
19 purchased disabled seat tickets from scalpers. Requests for
20 ticket exchanges will be made up through the day of the game.
21 The NFL is unable to distribute or sell the tickets exchanged
22 for disabled seat tickets on game day, and will absorb that lost
23 revenue to ensure all disabled guests receive an appropriate
24 seat.

25      15. The needs for disabled seating at recent Super
26 Bowls have been:

27      Super Bowl XXXIII in Miami (1999) -- 86 pairs
28      Super Bowl XXXIV in Atlanta (2000) -- 80 pairs

1  Super Bowl XXXV in Tampa Bay (2001) -- 85 pairs

2  Super Bowl XXXVI in New Orleans (2002) -- 42 pairs

3  The average number of disabled seats sold for a San

4  Diego Chargers' game is 92 tickets, total.  For Super Bowl

5  XXXVII, the NFL is holding 105 pairs of tickets for disabled

6  seats, which we will reserve and exchange to accommodate all

7  disabled guests holding tickets for regular seats.

8  16.  The NFL configures seating at the stadium in

9  order to ensure there are sufficient wheelchair seats to

10  accommodate the needs of all such attendees of the Super Bowl.

11  On the day of Super Bowl XXXVII, the NFL will have over 100

12  workers at Qualcomm Stadium helping to meet the needs of persons

13  with disabilities, and ensuring that they enjoy the event.

14  17.  Typically, for reasons having nothing to do with

15  the NFL's ticket distribution policies, the number of disabled

16  persons attending the Super Bowl is significantly lower than the

17  number of disabled persons attending regular season NFL games.

18  A large percentage of Super Bowl attendees travel from other

19  cities and states.  In the NFL's experience, and although we

20  wish it were otherwise, a small number of disabled fans choose

21  to travel to a remote location and spend the amount of money

22  necessary to attend the Super Bowl.  Every disabled fan who

23  obtained a Super Bowl ticket through legitimate means will be

24  accommodated at the Super Bowl.

25  18.  Because the Super Bowl is always a complete sell

26  out, and because of the significant demand for space by members

27  of the national and international press, it is necessary to

28  utilize every available space to accommodate Super Bowl ticket

**Latham & Watkins**
ATTORNEYS AT LAW
SAN DIEGO

SD\367661.1

9

DECLARATION OF JAMES H. STEEG
IN SUPPORT OF NFL'S OPPOSITION
TO MOTION TO ENFORCE SETTLEMENT

1  holders as well as the press.  Accordingly, the NFL is
2  temporarily modifying the seating configuration at Qualcomm
3  Stadium to ensure appropriate seating is available for all
4  attendees of the game.  In order to meet these objectives for
5  Super Bowl XXXVII, it was necessary to remove 3,200 conventional
6  seats from the stadium's normal configuration.  In addition, 140
7  wheelchair spaces have been removed, and 192 wheelchair spaces
8  are remaining.  Very few transfer seats have been or will be
9  removed.  Very few semi-ambulatory seats have been or will be
10  removed.  Again, every disabled fan with a legitimately obtained
11  Super Bowl ticket will have an appropriate seat, will be
12  accommodated, and will be able to fully enjoy the event.  The
13  changes to the seating configuration for the Super Bowl are
14  temporary, and they are being made solely to accommodate the
15  security, logistical, and seating needs that are unique to the
16  Super Bowl.  All changes to the seating configuration at
17  Qualcomm Stadium will be reversed at the conclusion of the game.
18          19.  Because of the security risks inherent in such a
19  high profile event, and to combat ticket-counterfeiting
20  attempts, Super Bowl attendees undergo heightened ticket
21  inspection and significant security screening before they are
22  allowed to enter the stadium.  This heightened screening makes
23  entering the stadium far more time-consuming than for a regular
24  NFL game.  For security and safety reasons, it is imperative to
25  prevent crowds of people forming at the entrances to the stadium
26  or at any area within it.  Therefore, in order to seat as many
27  fans as possible as far in advance of the game as possible, and
28  to minimize crowds of people forming, the Super Bowl features

**Latham & Watkins**
ATTORNEYS AT LAW
SAN DIEGO

SD\367661.1

10

DECLARATION OF JAMES H. STEEG
IN SUPPORT OF NFL'S OPPOSITION
TO MOTION TO ENFORCE SETTLEMENT

1  extensive pre-game, half-time, and post-game presentations. In

2  addition, for security reasons, no fan will be permitted to

3  enter an area of the stadium unless that fan has tickets for

4  that area. In order to ensure that fans are seated comfortably

5  sufficiently in advance of the game, and in order to comply with

6  security concerns, it would be disruptive and potentially

7  dangerous to accommodate an inspection of the stadium as

8  contemplated in the Settlement Agreement between the City and

9  the plaintiffs. Such an inspection would disrupt seating and

10  game operations, and may compromise security requirements

11  imposed on stadium personnel.

12       I declare under the laws of the United States that the

13  foregoing is true and correct.

14       Executed this 16th day of January, 2003 at San Diego,

15  California.

16

17                    James H. Steeg

18

19

20

21

22

23

24

25

26

27

28

SD\367661.1

11

DECLARATION OF JAMES H. STEEG
IN SUPPORT OF NFL'S OPPOSITION
TO MOTION TO ENFORCE SETTLEMENT

# It's Simple:
## Super Bowl XXXVII
### in San Diego

What has 70 miles of beautiful beaches, 85 Championship golf courses, first-class venues all conveniently located, and a recently renovated 70,000+ seat stadium? It's simple; it's San Diego. San Diego's infrastructure to host a Super Bowl can only be outperformed by the people of San Diego. The city's penchant for embracing and magnifying special events, especially the Super Bowl, is exhibited by the record hourly attendance figures at the NFL Experience. San Diegans come to play when hosting the Super Bowl. During Super Bowl XXXII, over 14,000 volunteers signed-up to assist with NFL events. The entire community got into the action with Host Committee events around the region and a downtown Fanfest that attracted over 500,000 local fans to celebrate the Super Bowl in San Diego.

San Diego is a city on the move. A voter approved 26 square block redevelopment project in San Diego will transform the last piece of San Diego's downtown into a magnificent restaurant, office and retail center that creates another hub of activity adjacent to the famous Gaslamp District. Three new downtown hotels are planned that will greatly add to the Super Bowl experience. The San Diego Convention Center will double in size by the summer of 2001. The downtown airport has recently undergone a $286 million expansion that makes San Diego even more convenient than before. The San Diego of tomorrow will be even better than the San Diego of today.

Facilities, friendly people and a warm San Diego sun make the decision for Super Bowl XXXVII simple: It's San Diego.

### *QUALCOMM Stadium*
In 1997, QUALCOMM Stadium underwent a $78 million renovation. With temporary seating, the Stadium offers more than 70,000 sellable seats in Super Bowl configuration, as certified by the Anderson Consulting Group, the stadium architect of the NFL for the past 16 Super Bowl games.

New Club Level seating accommodates 7,800 fans in luxury and service that creates long-lasting memories. Seven new restaurants and lounges provide hospitality just steps away from spectacular seating. The 112 new and remodeled luxury suites afford the comfort and service that mark Super Bowl hospitality.

The Super Bowl configuration allows ample space for media, interviews, and operation centers to produce the NFL's marquee event efficiently and effectively. The NFL will have exclusive access to QUALCOMM Stadium and receive revenues from concessions, novelties, parking, and all ticket sales. The NFL also will have exclusive use of any video matrix board advertising. Outside the Stadium, the NFL will have use of over 5 million square feet of the parking lot for hospitality and other uses.

2. Provide the requested descriptive information regarding the Stadium. Indicate whether the Stadium owner has agreed in writing to the following matters with respect to the Stadium, and note any deficiencies with respect to the standards set forth here.

   a. The NFL should have the right to use the Stadium as follows: (i) on an exclusive basis for 10 days prior to the game if the Stadium has artificial turf, 17 days prior to the Super Bowl Game if the Stadium has a natural grass surface and in either case, for two additional two weeks if the average January temperature is below 50 degrees; (ii) non-exclusive uninterrupted access to, and use of, the press box area, auxiliary media areas, storage areas, etc. for three weeks prior to the game for construction activity and 10 days after the game for the move-out of equipment and dismantling of construction. The Stadium should be closed to the public, media and all other non-Super Bowl related staff during the one week prior to the Super Bowl Game, except for planned tours approved by the NFL. The times of any tours should be determined in consultation with the NFL. Responsibility over security, pricing of tours, revenue sharing, etc. must be agreed upon in advance by the NFL and the Stadium management.

   **The NFL shall be granted the partial use and occupancy of the Stadium premises, including the Stadium parking lot, for 17 calendar days prior to and 72 hours following Super Bowl XXXVII. If the Stadium parking lot is the site of the NFL Experience, then the period shall begin on January 1, 2003.**

   **Those areas of the Stadium premises that shall be occupied by Stadium tenants during the Super Bowl Period are identified on Exhibit A.2.a.**

   **The NFL shall be granted non-exclusive, uninterrupted access to, and use of: (i) the press box area; (ii) auxiliary media areas, and (iii) Stadium storage areas for at least 21 calendar days prior to Super Bowl XXXVII for construction activity and 10 calendar days after the game for the move-out of any equipment and the dismantling of any construction. The Stadium shall be closed to the public, media, and all other non-Super Bowl related staff during the seven days prior to Super Bowl XXXVII, except for planned tours approved by the NFL. Provided, however, that all Stadium staff and other City personnel credentialed and absolutely necessary to the operation, safety, and security of the Stadium shall have access to the Stadium at all times during this period.**

   **The times for any tours of the Stadium, security, pricing, and revenue sharing shall be mutually agreed upon among the City, Host Committee and the NFL.**

b.     The field must be in top quality condition, including tarpaulins. This includes resodding of the Stadium field, if, in the NFL's opinion, it is not in top quality or is too worn from other events.

**The Stadium field is nationally recognized as one of the finest natural grass playing fields in the country. In the event the NFL determines that the Stadium field needs to be resodded for Super Bowl XXXVII, the cost and expense of such resodding shall be the responsibility of the NFL. Tarpaulins for the Stadium field will be provided by the City.**

c.     The NFL should have the right to determine and approve everything relating to Stadium operations on Super Bowl game day, including the assignment of meeting rooms, tent space, parking lots, adjacent buildings, etc. The NFL should be consulted on all activities planned in the Stadium during the week prior to the Super Bowl Game. The NFL should be consulted and have input into field preparation plans from August prior to the Super Bowl through the game itself.

**The NFL shall be granted the right to determine and approve everything relating to Stadium operations on Super Bowl game day, including the assignment of meeting rooms, tent space, parking lots, and buildings adjacent to the Stadium which have been reserved for Super Bowl XXXVII. The NFL shall be consulted on all activities planned in the Stadium, the Stadium parking lot, and any other area of the Stadium premises during the seven calendar days prior to Super Bowl XXXVII. The NFL shall be consulted on and have input into field preparation plans for the Stadium from August prior to Super Bowl XXXVII through the game itself. The Stadium staff and other City personnel shall be made available to the NFL at all times to consult with the NFL and provide input into the operations of the Stadium on Super Bowl game day, including the most efficient means of operating Stadium facilities and the parking lot.**

3. Regarding tickets, luxury boxes or other suites:

a. The NFL must have the right to control all ticket sales and to retain 100 percent of the revenues from ticket sales, and to control all other access to the Stadium (i.e. credentials).

**The City of San Diego, the Host Committee and the San Diego Chargers agree that the NFL has the right to control all ticket sales and to retain 100 percent of the revenues from ticket sales, and to control all other access to the Stadium.**

b. Indicate whether the NFL will have exclusive access to all box suites and other suites at the Stadium. A minimum of 50 percent of all suites (or no less than 45 total) should be allotted to the NFL. At least 75 percent of the suites allotted to the NFL must be between the endlines, and the allotted suites must include 50 yard line locations for the televising network, each of the competing teams, the NFL Commissioner and the NFL President. Indicate any obligation to existing suite holders for tickets, and any resale rights relating to suites granted to any entity. Submit a sample suite lease and a list of the existing lease renewal dates.

**The Chargers have the exclusive right to license luxury boxes in the Stadium.**

**The license agreement for each luxury box provides that each licensee is entitled to receive a total number of tickets for the Super Bowl Game that is equal to the number of seats in the licensee's box; however, one-half of such tickets are for seats located in a luxury box and the other one-half may be for seats located in a comparable section of the Stadium (that are not located in a box). The Chargers may have a limited number of leases where the licensee has the right to a full box for the Super Bowl. A copy of a current sample license agreement is on file with the NFL.**

**Pursuant to a letter agreement dated May 2, 1997, between the NFL and QUALCOMM, QUALCOMM is entitled to be provided the QUALCOMM luxury box for any Super Bowl Game conducted through and until the Super Bowl in 2017. The QUALCOMM box has seating for 55 persons.**

**The Chargers agree to allocate a minimum of 50 percent of the suites (no less than 45 total), to the NFL. The Chargers will coordinate with the NFL regarding the location of the suites given to the NFL. The Chargers will coordinate directly with the NFL regarding existing lease renewal dates. Any suites not licensed by the Chargers on a multi-year basis by September 1, 2002, shall be allotted to the NFL.**



# ACCESSIBILITY GUIDE FOR
# GUESTS WITH DISABILITIES



# NATIONAL FOOTBALL LEAGUE

Dear Guest,

This guide is intended to provide you with all the necessary information to make your visit to Super Bowl XXXVII at Qualcomm Stadium as enjoyable as possible. As Commissioner of the National Football League, we are dedicated to making this and all NFL sponsored events accessible to patrons with disabilities.

The National Football League has made a commitment to providing both accessible facilities and additional services to enhance access for our disabled patrons to this and all future Super Bowls. We hope to make your trip to the Super Bowl memorable, for both the excitement of the game itself, and for the attention and service you receive. We take pride not only in complying with the Americans with Disabilities Act, but in working with the San Diego Super Bowl XXXVII Host Committee and various event facilities to make the whole experience special.

We are striving to make your experience at the Super Bowl and its related events as "user friendly" as possible. We would like you to be able to consider your Super Bowl Experience as a memory of a lifetime, and join us again in the future for this one of a kind, premier sporting event. Thank you for your patronage, and we look forward to serving you.

Sincerely,

*Paul Tagliabue*

Paul Tagliabue
*Commissioner*
*National Football League*

# SUPER BOWL XXXVII
# ACCESSIBILITY GUIDE FOR GUESTS
# WITH DISABILITIES

## TABLE OF CONTENTS

**I.  Introduction**

**II.  Game Day Tips and Accessible Route**

**III.  Services at Qualcomm Stadium**

Amplified Pay Telephones . . . . . . . . . . . . . . . . . . . . . 5
Assistive Listening Devices . . . . . . . . . . . . . . . . . . . . 5
ATM Machines. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Disability Services Team . . . . . . . . . . . . . . . . . . . . . . 6
Elevators . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
First Aid Assistance. . . . . . . . . . . . . . . . . . . . . . . . . 6
Food, Beverages, and Concessions . . . . . . . . . . . . . . 6
Guests with Assistive Animals . . . . . . . . . . . . . . . . . 6
Information Booths . . . . . . . . . . . . . . . . . . . . . . . . 6
Lost or Stolen Tickets . . . . . . . . . . . . . . . . . . . . . . . 7
Restrooms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Security, Lost & Found . . . . . . . . . . . . . . . . . . . . . . 7
Super Bowl XXXVII Ticket/Will Call Window . . . . . . . . . . 7
Ticket Exchanges . . . . . . . . . . . . . . . . . . . . . . . . . . 7
TTY Machines . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Visually Impaired Guests . . . . . . . . . . . . . . . . . . . . . 8
Water Fountains. . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Emergency Evacuation Procedures . . . . . . . . . . . . . . . 9

**IV.  Game Day Transportation**

Public Transportation in San Diego . . . . . . . . . . . . . . . 9
Airport Arrival . . . . . . . . . . . . . . . . . . . . . . . . . . 9-10
Game Day Accessible Parking. . . . . . . . . . . . . . . . . . 19
Motorcoaches, Limousines & Towncars . . . . . . . . . . . . 19
Parking Permit Pricing. . . . . . . . . . . . . . . . . . . . . . 19
RV's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Public Parking . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

General Parking. . . . . . . . . . . . . . . . . . . . . . . . . . 20
San Diego Trolley. . . . . . . . . . . . . . . . . . . . . . . . . 20

## V. Maps

Qualcomm Parking Lot . . . . . . . . . . . . . . . . . . . . . 11
ADA Parking & Entry Points. . . . . . . . . . . . . . . . . . 12
Stadium Level Seating. . . . . . . . . . . . . . . . . . . . . . 13
NFL Experience . . . . . . . . . . . . . . . . . . . . . . . . . 14-15
San Diego Trolley Map . . . . . . . . . . . . . . . . . . . . . 16
NFL Experience Park & Ride Lot . . . . . . . . . . . . . . . . 17
ADA Lot 11 Parking . . . . . . . . . . . . . . . . . . . . . . . 18

## VI. Super Bowl Special Events

NFL Experience Dates and Hours Open . . . . . . . . . . . . 21
NFL Super Bowl XXXVII Youth Clinic . . . . . . . . . . . . . 22
Super Bowl XXXVII Cheerleading Clinic . . . . . . . . . . . 22
19th Annual NFL Charities Golf Classic . . . . . . . . . . . . 22
Game Day Grid Iron Celebrity Hoops. . . . . . . . . . . . . 22
Gridiron Glamour . . . . . . . . . . . . . . . . . . . . . . . 23
2003 Athletes in Action Super Bowl Breakfast . . . . . . . . 23
The NFL Alumni Player of the Year Awards Gala . . . . . . . 23
NFL Saturday Night Party . . . . . . . . . . . . . . . . . . . 23
Taste of the NFL XII . . . . . . . . . . . . . . . . . . . . . . 24
Super Bowl XXXVII Hospitality Village . . . . . . . . . . . . . 24
Alumni Super Bowl Pre-Game/Post-Game Party . . . . . . . 24
The Player's Gala. . . . . . . . . . . . . . . . . . . . . . . . 24

## VII. Specific Activity Locations

Media Work Center . . . . . . . . . . . . . . . . . . . . . . . 25
San Diego Super Bowl XXXVII Host
Committee Information . . . . . . . . . . . . . . . . . . . . . 25

## II. Game Day Tips

✓ Game time for Super Bowl XXXVII is 3:25 pm on Sunday, January 26, 2003. Stadium gates open at 11:00 am. Parking Lots open at 9:00 am. **Due to the additional security proceedures necessary to ensure the safety of all, please plan on arriving at the stadium between two and three hours before kickoff.**

✓ PLEASE use Public Transportation. There will be NO accessible drop-off locations provided near the stadium on Game Day. The San Diego Trolley stop for Qualcomm Stadium on the Blue Line is located near the main spectator entrance. **The Trolley is the fastest and most convenient way to access the Stadium on Game Day.**

✓ PLEASE check your ticket in advance to avoid any problems or delays when entering the Stadium. If you require a wheelchair accessible seat, but do not have a ticket with the international symbol of disability, you will need to exchange your conventional seating ticket for an accessible seat **prior** to entering the Stadium. Please see the "Ticket Exchange" information contained in this guide for procedures.

✓ There will be hundreds of vehicles that look identical in the bus and limousine lots. If you come by bus or limousine, ask your driver for a locator card with a site map to find your way back to the vehicle after the game. Please take the time to note where your limousine is parked, as well as the carrier company and vehicle description.

✓ The NFL Experience will be open 10:00 am to 2:00 pm on Game Day. A Super Bowl game ticket does not grant free admission to the NFL Experience. The fastest and most convenient way to get from the NFL Experience to Qualcomm Stadium is by using the San Diego Trolley, located conveniently several blocks away from the NFL Experience main entrance. Trolleys will run post-game. Please be advised ALL patrons will pass through magnetometers and be subjected to a comprehensive security screening before entering the stadium.

✓ Due to security concerns, backpacks, large bags and other containers will not be allowed. If it is necessary for you to bring medical equipment and supplies with you to the game, you should only bring that which is truly necessary to see you through the event, and anticipate bringing as little with you as possible.

✓ There will be Disability Services representatives at the accessible security checkpoints to assist you to the Stadium and your seating location as necessary. For additional assistance, there will be information tents located throughout the stadium lot on Game Day. Don't forget your game ticket and arrive early!

## ➤ Game Day Accessible Route

Ticketed wheelchair users should enter the secured area around the Qualcomm Stadium through the Gate H security checkpoint. Once inside the secured perimeter, wheelchair users should proceed to Ramp H or adjacent elevators to access the appropriate level for their seating locations. Disability Services representatives will be available to assist you to the stadium, and the accessible routes outside the stadium will be marked with appropriate signage.

# III. Services at Qualcomm Stadium

## ➤ Amplified Pay Telephones

Public telephones, at a height accessible for guests in wheelchairs, are located throughout Qualcomm Stadium. Hearing aid compatible, amplified telephones are located in the following sections: Field Level sections 33 and 39; Club Sections 8 and 34. Loge Section 7; Press Level sections 7, 17, 49, and 54; and View Sections 2, 14, 28, 40, and 47. Additionally, amplified phones are available in parking lots at Gates C, D, F and K.

## ➤ Assistive Listening Devices

Phonic ear rentals are available at the Security Office at Gate A and at the Customer Service Office, Gate F. Identification will be required in order to obtain a device, which will be returned once the device is returned to the office. Guests who choose to bring their own headset and receiver may access the system on the standard FM broadcast band (88-108MHz/FMChannel 89.1).

## ➤ ATM Machines

Automatic teller machines are located at Gate F on the Plaza concourse, on the Club Level at Sections 14 and 28, and View Section 20. Please refer to the map on page 13 of this Brochure.

## ➤ Disability Services Team
Disability Services team members will be available at Qualcomm Stadium to assist you with any access concerns, problems, or needs on Game Day. They may be identified by their light blue NFL jackets and caps, and will have Disability Services Team badges. Disability Services team members will also be stationed at the NFL Experience, Accessible security checkpoints, ADA parking lots, and the Qualcomm Stadium Trolley Station to assist you.

## ➤ Elevators
Accessible Elevators are located at Gates 01, B, D, F, H and 02. Elevators exclusively for persons with disabilities to get to the Field Level/Lower Plaza Walkway are located at Gate E and Section 51 behind the scoreboard. Guests with disabilities are given priority use of the elevators during the Super Bowl. See page 13 in this Brochure for the exact location of elevators nearest your seating area.

## ➤ First Aid Assistance
First Aid assistance is located near Gate O outside the Stadium and Ramp F within the Stadium on Ground Level. If you need immediate assistance, please contact the nearest Usher, Security personnel, or NFL Disability Services Team member.

## ➤ Food, Beverages, and Concessions
Food, beverage and concession stands are located at various locations on each level throughout the Stadium. If you require any assistance at any of the food service areas, please notify the nearest usher or Disability Services Team member. Please see page 13 of this Brochure for Qualcomm Stadium map.

## ➤ Guests with Assistive Animals
Trained guide dogs or Assistive animals aiding guests with disabilities are permitted inside Qualcomm Stadium. Disability Services Team representatives will provide suitable space for your animal companion upon request. If specific accommodations are required, please contact Ms. Margo Madden at the NFL Disability Services Office. Ms. Madden's telephone number is (619) 288-7010.

## ➤ Information Booths
Information booths will be located throughout the stadium on Game Day. Disability Services Representatives will also be stationed throughout the stadium. Please consult them for any information or assistance that you may need.

## ➤ Lost or Stolen Tickets

If tickets are lost or stolen, report theft immediately to the San Diego Police Department at (619) 531-2000. If available, provide documentation (invoice, receipt, etc.) showing proof of purchase and specific seat location (section, row, seat number). Retain a copy of this documentation for yourself. Call the NFL Ticket Office at (619) 228-7073 to get an application for a lost ticket pass. Tickets will not be replaced on Game Day.

## ➤ Restrooms

Wheelchair accessible restrooms and baby changing areas are located on each level throughout Qualcomm Stadium. Unisex restrooms for people with disabilities and their attendants are located on the Loge Level Sections 49 and 54. Please refer to the maps at the end of this brochure for the exact locations of the restrooms.

## ➤ Security, Lost & Found

For security needs, please contact any NFL staff member. The telephone number for the Stadium Security Office is (619) 641-3150. Please contact an usher or Customer Services Desk, Gate F, or the Security Office, Gate A for Lost & Found items during any of the events held at Qualcomm Stadium. To learn if an item has been recovered, call (619) 641-3150, TTY (619) 641-3173 the day following the event held at Qualcomm Stadium.

## ➤ Super Bowl XXXVII Ticket/Will Call Window

The Ticket/Will Call Windows, for security reasons, will be located in a special trailer outside the secured perimeter near Gate H. The Ticket/Will Call Window will be open at 11 am on Sunday, January 26, 2003 (Game Day). For lost tickets, please see procedures set forth in the lost/stolen ticket section above.

## ➤ Ticket Exchanges

The NFL will exchange tickets in order to accommodate patrons with disabilities. Non-disabled patrons holding tickets to wheelchair locations or modified aisle seats will be relocated in order to accommodate disabled patrons. If you need a wheelchair location in order to be accommodated, please check your ticket and make sure it is marked "Wheelchair Space for the Disabled." If this language is not on your ticket, you have purchased a conventional seat and the ticket must be exchanged for the proper ticket. If a wheelchair user exchanges a conventional seat ticket for a wheelchair location ticket, the NFL will make an effort to place the wheelchair user in the closest or comparable location to the ticket that was returned to the NFL.

It you need to make a ticket exchange, please contact the NFL Ticket Office at (619) 228-7073 as soon as possible. This will allow the NFL to make arrangements to best accommodate your needs in advance, eliminating delays and inconveniences on Game Day.

### ➤ TTY Machines

TTY service is located in the following areas: Field Level Section 26; Plaza Level Sections 48 & 56; Club Level Sections 8 & 34; Loge Level Section 35; Press Level Sections 48 & 55; and View Level Sections 48 & 55. There is a new national relay access number, 711, from any telephone. If you prefer, the local numbers for the California Relay Service are as follows: 1-800-735-2929 for TTY 1-800-735-2922; Spanish speaking users call 1-800-855-3000 vozy TTY; Computer/ASCII 1-800-735-0091 (8 bit, 0 parity, 1 stop bit, half duplex).

### ➤ Visually Impaired Guests

Guests with visual impairments or blindness needing assistance in seating or with access to any facility or service should contact Ms. Margo Madden at the NFL Disability Services Office. Ms. Madden's telephone number is (619) 228-7010. During the Game, you may contact a Disability Services Representative who will assist you with your needs. This Guide is available in alternative formats; such as large print, audio cassette and computer disks. Please contact the NFL Disability Services Office at (619) 228-7010.

### ➤ Water Fountains WF

Accessible water fountains are located near the restrooms on each level of Qualcomm Stadium.

### ➤ Emergency Evacuation Procedures

In event of an emergency, the NFL Staff and Disability Services representatives have been instructed and trained to assist you in evacuation of the premises. Please remember:

- Guests with disabilities seated in the upper bowl areas will not be able to use elevators in event of an evacuation. Disability Services Team representatives and Qualcomm Stadium personnel will assist you in the unlikely event that evacuation is necessary.
- Guests with visual impairments will be asked if they require any assistance if evacuation is necessary. If you do require assistance, please contact the nearest usher, security officer, or Disability Services Team representative who will immediately assist you as needed.

# IV. Game Day Transportation and Parking

## Public Transportation in San Diego

San Diego has a modern, accessible transit system, including buses and a trolley that may serve most of your transportation needs while in San Diego. The San Diego Metropolitan Transit System is offering special Super Bowl XXXVII Commemorative day passes for one, two, three or four consecutive days, allowing unlimited rides on MTS and North County Transit District trolleys and buses for a low fee ranging from $5.00 to $12.00 per person, depending on the number of days of travel purchased. The special Super Bowl transit passes may be purchased in advance through the MTS website at www.Sdcommute.com and at the Transit Store at 102 Broadway in San Diego. The website also has convenient trip planning information available. For your convenience, a map of the trolley lines, serving Downtown San Diego and Qualcomm Stadium, is located on page 16 of this Guide.

## Arrival at San Diego International Airport

➤ **Accessible Ground Transportation**
Ground Transportation is located outside the arrival terminals, a short distance from the baggage claim area. Taxis are available, and fares to downtown hotels will cost approximately $25.00. Bus service and connection to the San Diego Trolley service is also available at a lower cost, but it is advised to coordinate operating hours with your arrival time to ensure availability. Please consult the San Diego Metropolitan Transit Service (MTS) website at www.SDcommute.com for more information. Detailed information about accessibility at San Diego International Airport at Lindbergh Field can be viewed online at http://www.san.org/accessibility.asp.

➤ **Bus Service**
Public transit is available via the Flyer Route No. 992, a Metropolitan Transit System bus that travels between the Airport and downtown San Diego, stopping between Terminals 1 & 2 and the Commuter Terminal. The 10-minute bus service to and from downtown connects with Trolley, Coaster and Amtrak stations and are wheelchair accessible.

➤ **Inter-Airport Red Bus:**
The Red Bus provides complimentary, wheelchair accessible transportation between the airport's terminals at intervals not to exceed 10 minutes. Designated Red Bus stops are located curbside at all three terminals. Phone: 619-291-2087

► **Car Rental/Courtesy Vehicles**
In order to call for pick-up by a special access car rental courtesy vehicle, use a telephone at the reservation boards in each Baggage Claim area; or, use the nearest TDD public phone to contact the car rental agency. Notify the agency that a special access shuttle is required. If you require assistance in securing special access transportation, simply notify Airport Paging via any white courtesy phone or TDD public phone. A Traffic Enforcement Officer will be dispatched to assist you.

► **Taxicab/Shuttle Services**
Proceed directly to curbside and a uniformed Traffic Enforcement Officer (TEO) will assist in securing a taxicab or shuttle equipped with special access features; or proceed to the nearest TDD public phone and call Airport Paging to request assistance. A Traffic Enforcement Officer will be dispatched to the requested location to assist you.

► **Game Day Transportation - General Tips**
On Super Bowl Sunday, please use the ADA Game Day parking map and posted signs to get to Qualcomm Stadium. Due to heightened security, limited parking will be allowed in the area immediately surrounding Qualcomm Stadium. Parking passes for buses and limousines are available by calling the NFL Transportation parking office at (619) 228-7112. Public parking will be available outside the parking permit area.

► **Drop-off Procedures**
Due to heightened security concerns, there will be no accessible drop-off points available at Qualcomm Stadium. Please make your transportation plans accordingly.

# *Parking Lot*



**Parking Hours:**
- Lot will open at 8 a.m. and close 3 hours after game
- Shuttles will run on a continuous basis to and from the stadium

**Parking Fee:**
- **$10 per car** (includes shuttle to and from the game)
- Parking and shuttle access will be available to Super Bowl tickets holders only. A game ticket must be presented on site.





# ADA PARKING
# AND ENTRY POINTS

## QUALCOMM STADIUM
### SUPER BOWL XXXVII





# Attraction

| | | |
|---|---|---|
| FedEx FedEx ShipSite | **1** |
| Look Like a Pro | **2** |
| NFL Team Shop | **3** |
| Rookie Camp | **4** |
| Measure Up to the Pros | **5** |
| Hall of Fame | **6** |
| Home Team Photo | **7** |
| Topps Super Bowl Card Show | **8** |
| Topps Autograph Stage | **9** |
| Extra-Point Kick | **10** |
| Let It Fly | **11** |
| Punt, Pass & Kick | **12** |
| Field Goal Kick | **13** |
| America Online | **14** |
| NFL Locker Room | **15** |
| The Drive | **16** |
| The Big Move | **17** |
| PlayStation 2 Touring Attraction | **18** |
| CHUNKY Tackling Hunger Tour 2003 | **19** |
| Riddell Fair Catch | **20** |
| COX Down and Out | **21** |
| Wilson Football Factory | **22** |
| Topps Halfback Option | **23** |

| | |
|---|---|
| The Zone Blitz | **24** |
| RCA Fantasy Play-by-Play | **25** |
| End Zone | **26** |
| Quarterback Challenge | **27** |
| Cadillac Defining Moments | **28** |
| amc NFL Films Theatre | **29** |
| FedEx Air and Ground Challenge | **30** |
| Topps Quick Release | **31** |
| Training Camp | **32** |
| Sports Locker Room Challenge on Tour | **33** |
| Starbucks Coffee Cafe | **34** |
| The Truck | **35** |
| Motomobile | **36** |
| Fun Zone | **37** |
| Run to Daylight | **38** |
| Whistle Blowers | **39** |
| Kids' Zone | **40** |
| Broadcast Center | **41** |
| COX Broadcast Center | **42** |
| Goal to Go | **43** |

| | |
|---|---|
| Long Snap | **44** |
| Beat the Blitz | **45** |
| XEROX Red Zone | **46** |

**DON'T MISS OTHER ATTRACTIONS**

Sign Up and Take Home

# Directory





Visa is the only card accepted at America Online Presents the NFL Experience

 Restrooms

 First Aid

Food Station

Convention Way

**Main Entrance**

**8th Avenue**

① ③ ② ⑤ ④ ⑥ ⑦ ⑧ ⑭ ⑱ ⑮ ⑫ ⑪ R ⑰ ⑯ ⑬ ⑩ ⑨

㉘ Ⓕ ㉕ ㉔ ㉒ ⑲ ㉗ ㉖ ㉓ ㉑ ✚ ⑳

---

**MEDIA PARTNERS**












COX COMMUNICATIONS

Local 8 XETV

T33 TELEMUNDO

KUSI NEWS San Diego

UNIVISION KBNT 17 SAN DIEGO

FOX6

13 SAN DIEGO

## OFFICIAL RADIO STATIONS OF THE NFL EXPERIENCE:










91X

93.3

XX 600 1360

BOB 96.5

101 KGB SAN DIEGO'S WORLD CLASS ROCK

Mexicana 1430 AM

KOOL 95.7 FM

90

KPOP 1360 AM

ROCK 105.3

MAGIC 92.5 fm

XTRA 690 AM

my 94.1

MAX FM 105

ESPN RADIO 800 SAN DIEGO

760 KFMB TALK RADIO

Star

### COLLECTIBLES UP FOR BID

Fans will have the chance to bid on NFL collectibles January 24-25 at three auctions that will benefit the NFL Youth Football Fund. Trading cards and assorted collectibles go up for bid at 1 P.M. January 24 in the NFL Locker Room; Super Bowl XXXVII items grab the spotlight in the Kids' Zone at 11 A.M. January 25; unique collectibles such as game jerseys and helmets will be offered at 1 P.M. January 25 at the NFL Locker Room. Participants should register at the NFL Auction Booth at the Topps Super Bowl Card Show.

---

# San Diego Trolley System



Green Line
Special Event

Old Town
P Transit Center 35
Washington St. 34
Middletown 33
P** County Center/
Little Italy 32
Santa Fe Depot 31
Seaport Village 31
Convention Center 32

Downtown

Mission Valley

Morena/Linda Vista P
Fashion Valley Transit Center
Hazard Center P*
Mission Valley Center
Rio Vista
Fenton Parkway
Qualcomm Stadium
Mission San Diego

Special late night
service only on —
Friday and Saturday

Santee Town Center P
Santee
Weld Blvd. P
Arnele Avenue P
El Cajon
Transit Center
Amaya Drive P

La Mesa

Grossmont Center P
La Mesa Blvd. P
Spring St. P
Lemon Grove Depot P
Lemon Grove
Massachusetts Ave. P
Encanto/62nd St. P

America Plaza Transfer Station
Civic Center
Fifth Avenue
City College
12th & Market
25th & Commercial
32nd & Commercial
47th Street P
Euclid Avenue P

Orange Line

Gaslamp Quarter
12th & Imperial Transfer Station

Barrio Logan
Harborside
Pacific Fleet
8th Street P
National City
24th Street P
Bayfront/E St. P
H Street P
Chula Vista
Palomar St. P
Palm Avenue P
Iris Avenue P
Imperial Beach
Beyer Blvd. P

Blue Line

San Ysidro/Tijuana

P   Trolley Parking
$P  Paid Parking
P*  Hazard Center invites carpool
    parking on lower levels after
    4:00 p.m. Friday, and all day
    Saturday and Sunday.
P** Parking available at County
    Administration Building one
    block from station.

*   Last weekday, Sunday and
    Holiday departure for Mission
    San Diego at 1:01 a.m. 60-
    minute service to Old Town
    Saturday night to Sunday
    morning.

24-Hour InfoExpress 685-4900



# NFLX Park & Ride Lot

**Parking Hours:** NFLX Park & Ride Lot becomes available one hour prior to the NFLX daily opening times.
Shuttle will run on a continuous basis to and from 8th Avenue and Harbor Drive (site of the NFLX)

**Parking Fee:** $10 per car (includes shuttle to and from the NFLX)



ADA Lot 11
Enter Main Gate (Blue) from
Mission Village Rd. or Friars Rd.

Vehicle subject
to screening

Qualcomm Stadium

FRIARS ROAD

MISSION VILLAGE ROAD

GATE 1 SAN DIEGO MISS

GATE 2

TROLLEY STATION

GATE 4

GATE 3

ADA

BOARDING AREA

FRIARS ROAD

## ➤ Game Day Accessible Parking

Designated ADA parking will be available at Qualcomm Stadium on Game Day. Drivers must be compliant with ADA rules, and San Diego Police Department will verify placards at the stadium. Disability services staff will be available at the ADA designated parking area to ensure guest needs are met. Disability parking spaces will be available ON A FIRST COME, FIRST SERVED basis.

Parking for person with disabilities is also available in most public parking lots. Persons with Disabilities are strongly encouraged to use public transportation and arrive at Qualcomm Stadium by Trolley. Trolleys will run on Game Day and will be able to take passengers from its station near the NFL Experience to Qualcomm Stadium and back again post-game. This is the best way to avoid long traffic delays.

*Please Note that any NFL shuttle service will not be able to provide transportation to all privately owned parking facilities, and thus you should plan accordingly to ensure you will be able to get to and from your parking area to the Stadium independently. If you have parked in an NFL operated lot and find you need additional assistance to the Stadium, please contact a parking lot attendant and an accessible shuttle will be called.*

**REMEMBER: All guests will be subject to security searches.**

## ➤ Motorcoaches, Limousines, & Town Cars

Qualcomm Stadium parking will be available to Motorcoaches, Limousines, and Town Cars on Super Bowl Sunday. Parking permits will be available for purchase. Each permit will identify designated routes and entrance to Qualcomm Stadium.

**Parking Permit Pricing:**
Limousines & Town Cars . . . . . . . $150 per vehicle
Motorcoaches . . . . . . . . . . . . . $200 per vehicle
Permits will be available for purchase beginning January 6, 2003.

- Permits can be picked up at Qualcomm Stadium, Box Office B. Specific instructions to purchase parking permits for Motorcoaches, Limousines, and Town Cars will be available starting December 1, 2002 by calling (619) 228-8300
- **Driver Information Packets** will be included with each commercial parking permit.

---

## ➤ RVs

RV Parking for Super Bowl XXXVII will be available at Campland on the Bay. Located on Mission Bay, with its own beach, Campland offers a variety of sites within the resort. Three-day Super Bowl packages start at $200.

**NOTE: NO RV PARKING will be available at Qualcomm Stadium.**

Game Day shuttles will be provided for guests with tickets to Super Bowl XXXVII. Be sure to reserve your spot on the Game Day shuttle when making your reservation at Campland on the Bay. Satellite parking and shuttle access will be available to Super Bowl ticket holders only. A game ticket must be presented to board the shuttle.

Campland on the Bay
2211 Pacific Beach Drive
San Diego, CA 92109
800-4-BAY-FUN
http:www.campland.com/

## ➤ Public Parking

On Game Day, public parking will be available at the Sunroad Centrum property North of Qualcomm Stadium. Shuttles running on a continuous schedule will transport fans to Qualcomm Stadium and back after the game. Parking and shuttle access will be available to Super Bowl ticket holders only. A game ticket must be presented on site.

## ➤ General Parking

Sunroad Centrum Parking Lot on Kearny Villa Road off the 163 Freeway between Balboa & Clairemont Mesa Boulevard. This lot will open at 8 a.m. and close 3 hours after the game. Shuttles will run on a continuous basis to and from the stadium.
*Parking Fee:* $10 per car (includes shuttle to and from the game)

## ➤ San Diego Trolley

A great way to go to Super Bowl XXXVII is by the San Diego Trolley. Blue Line Trolley service brings ticket holders directly to Qualcomm Stadium, offering an easy and affordable way of traveling to the Game. Stops include downtown from the San Diego Convention Center, Gaslamp Quarter and Seaport Village to Old Town and Mission Valley. Trolley access to the Qualcomm Stadium Station will be available only to Super Bowl ticket holders. Super Bowl XXXVII game tickets must be shown in order to enter the Qualcomm Stadium area. See the enclosed Trolley map on page 16.

# VI. Super Bowl XXXVII Special Events

➤ **NFL Experience**

The NFL Experience is pro football's interactive theme park with over 50 games, attractions and exhibits. The NFL Experience is located at Embarcadero Marina Park, just behind the Convention Center. The NFL Experience will be open to the public the following days and hours:

Saturday January 18th *(Opening Day)* . . . . . . . . . . . . . . . . 10 am to 10 pm
Sunday January 19th . . . . . . . . . . . . . . . . . . . . . . . . 11 am to 8 pm
Thursday, January 23rd . . . . . . . . . . . . . . . . . . . . . . . . 3 pm to 10 pm
Friday, January 24th . . . . . . . . . . . . . . . . . . . . . . . . 3 pm to 10 pm
Saturday, January 25th . . . . . . . . . . . . . . . . . . . . . . . . 10 am to 10 pm
Sunday, January 26th *(Game Day)* . . . . . . . . . . . . . . . . . . 10 am to 2 pm

Admission fees for the NFL Experience are as follows: $10.00 for children under 12 and $15.00 for adults, and includes all games and attractions. Proceeds from ticket sales benefit the NFL's Youth Education Town (YET Center) in San Diego. Additional ticket information is available by calling 1-(866)-TIX-4NFL.

*Accessibility Information:* Accessible telephones, restrooms, first aid services, concessions, and ATM machines are available within the NFL Experience. Please contact any NFL Disability Services staff member for any access needs or concerns while at the NFL Experience.

**On Game Day,** *Qualcomm Stadium may be reached by taking the San Diego Trolley Blue Line, located several blocks from the entrance to the NFL Experience The Qualcomm Stadium stop will only be available to Super Bowl Ticket Holders and Super Bowl Tickets will need to be shown to disembark at the Stadium on Game Day. NFL Disability Services members will be present at the Qualcomm Stadium Trolley Stop to assist you as needed.*

**Look for the following Special Events at the NFL Experience during Super Bowl Week:**

★ **Football 101** This event is a football clinic geared to teach women and novices more about the game to enhance their appreciation and enjoyment of the sport.

★ **Coaches Chat** Conversations with NFL coaches about their teams and strategies.

★ **NFL Player Mania** Current NFL players will be on hand to participate & interact with fans at the NFL Experience.

★ **Also Look for special concerts on Friday & Saturday nights.**

➤ **NFL Super Bowl XXXVII Youth Clinic**
During the clinic, in its fifteenth year, players will present an education and drug awareness program, sign autographs and teach children the fundamentals of their position while stressing important and motivational messages. This event will be held on Saturday, January 18th at 8:30 am to 12:30 pm at UCSD. Attendance is by invitation only.

➤ **Super Bowl XXXVII Cheerleading Clinic**
NFL and College cheerleaders will teach cheer and pom routines to pre-selected local school children on Saturday, January 26th, 2002 at the Qualcomm Stadium from 12:30 pm to 2:30 pm. Attendance is by invitation only.

➤ **The 19th Annual NFL Charities Super Bowl Invitational Golf Classic**
The 19th Annual NFL Super Bowl Charity Golf Classic will be held at the Torrey Pines Golf Course, with a 10 am shotgun start on Saturday, January 25, 2003. Amateur golfers from around the country will join 75 celebrities and members of the Pro Football Writers Association for this team scramble tournament which benefits the NFL's Youth Education Town Project, with a $1,500 per player fee. For more information, please contact Nick Nicolosi at (201)489-0049.

➤ **Game Day Grid Iron Celebrity Hoops**
This annual event is an all-star basketball game where numerous NFL players, together with other celebrities, participate in a competitive game of hoops to benefit local charities. The game will take place on Friday, January 24th 2003 at the Jenny Craig Pavilion at the University of San Diego from 7 pm to 9 pm and will feature free celebrity autographs & photographs; interactive games, and prize giveaways. Participants will include NFL players, Marcellus Wiley, Terrell Owens, & Stephen Davis, music artist Bow Wow, & Actors Morris Chestnut and Anthony

Anderson. Tickets are $20 Upper Level/ $45 Lower Level for General Admission and $100 for VIP Admission. For more information or to purchase tickets, please contact Ms. Juli Wyatt at (301) 627-3706.

## ➤ Gridiron Glamour

The annual Super Bowl weekend celebrity fashion show and luncheon hosted by Marcus Allen, will feature designs from Saks Fifth Avenue, modeled by celebrity athletes and entertainers. This event benefits the Salk Institute for Biological Studies and Norris Comprehensive Cancer Center at USC. This annual event will be held on Saturday, January 25th, 2003 from 11 am to 2 pm. For tickets, please contact Denise Miller at (310) 385-1590.

## ➤ 2003 Athletes in Action Super Bowl Breakfast

The 16th annual Super Bowl Breakfast will feature a presentation of the prestigious Athletes in Action/Brett Starr Award by Brett Starr to the NFL Player, voted by his peers, who exemplifies outstanding character and leadership in the home, on the field, and in the community. This year's breakfast will be held at the San Diego Marriott Hotel & Marina on Saturday, January 25th, 2003 at 8 am. Tables start at $1500. For reservations and more information, please call Terry Bortz (800) 416-9473.

*Accessibility Information:* The Marriott Hotel & Marina is an accessible hotel, with accessible restrooms, telephones, elevators, and dining facilities. Please contact the Marriott directly, at (619) 234-1500, if you have any questions.

## ➤ The NFL Alumni Player of the Year Awards Gala

The NFL Alumni Dinner will be held on Saturday, January 26, 2003 from 6:00 pm to 10:00 pm at the Manchester Grand Hyatt. If you are interested in tickets to this event, please call Lou Raiola at (952) 470-5725.

## ➤ NFL Saturday Night Party

This invitation only event will be held on Saturday, January 26, 2003 from 8:00 pm to 12:00 am at the San Diego Convention Center Hotel.

*Accessibility Information:* The San Diego Convention Center is an accessible facility. Restrooms, telephones, elevators, and accessible parking are all available. The Convention Center is also close to the San Diego Trolley system.

## ➤ Taste of the NFL XII

The Taste of the NFL is a food and wine tasting extravaganza featuring a top chef from each of the thirty-two NFL cities, paired with an alumni player from each team. Attendees are able to sample the specialty foods, meet the chefs, and get photos and autographs from host players and special celebrity guests. Taste of the NFL exists to raise awareness and dollars for hunger relief organizations involved in the effort to end childhood hunger across the United States. This event will be held at the Town and Country Resort, from 7 pm to 11:30 pm. For tickets or to purchase tables for this event, please contact Jim Little at (952) 835-7621.

*Accessibility Information:* The Town and Country Resort is an accessible facility. Restrooms, drinking fountains and telephones are all accessible.

## ➤ Super Bowl XXXVII Hospitality Village

This one of a kind tailgate event will be held at Qualcomm Stadium from 11:00 am to 2:30 pm (pre-game) and for two hours post-game on Sunday, January 26, 2003. Admission to this event requires an invitation. For more information on this event, please contact Ms. Debbie Wardrop at (480) 281-3005.

*Accessibility Information:* Qualcomm Stadium and the Corporate Hospitality Village are wheelchair accessible facilities with accessible seating, restrooms, and telephones available onsite. Additionally, Disability Services team members will be available to assist you as needed at this event.

## ➤ 5th Annual NFL Alumni Super Bowl Pre-Game/Post-Game Party

The Annual NFL Alumni Pre/post-game party will be held at the Manchester Grand Hyatt from 10 am to 2 pm and 8 pm to 10:30 pm on Sunday, January 26, 2003. Tickets to this event are $750 per person. This party features former and current NFL Players and concert with world class entertainment.

## ➤ The Player's Gala

The annual Player's Gala will be held at the Blue Tattoo on Sunday, January 26, 2003 from 9 pm to 2 am. Tickets to this event are $100 in advance. This event will feature NFL players, celebrities and national recording artists. For information and tickets, please call J. Wayman Henry III at (770) 944-8390.

# VII. Specific Activity Locations

## ➤ Media Work Center

*General Information* - This Media Work center opens two weeks prior to Super Bowl Sunday and is located at the San Diego Convention Center. The Work Center provides the media a place to work. The Work Center is limited to credentialed media members.

*Accessibility Information:* The San Diego Convention Center is wheelchair accessible. Restrooms, drinking fountains and telephones are located immediately outside the Halls in the lobby areas.

## ➤ San Diego Super Bowl XXXVII Host Committee Information

The San Diego Super Bowl XXXVII Host Committee can be contacted at (619)-226-2003. Their web site is located at www.superbowlXXXVII.org. Please consult this website for additional information.

## ➤ Comments

We are interested in your feedback about the services provided and any problems that may have been encountered. Your input is valuable to us to continue our tradition of excellence. If there are any special services that you require at NFL sponsored events, please contact Ms. Margo Madden at the NFL Disability Services Office at (619) 228-7010. Thank you again for your patronage.

# AUTOGRAPHS

# AUTOGRAPHS

# AUTOGRAPHS

Exhibit C

## The City of San Diego
## QUALCOMM STADIUM
### 9449 FRIARS ROAD
### SAN DIEGO, CALIFORNIA 92106
### (619) 525-8266

NO.

### -- QUALCOMM STADIUM USE PERMIT---

The City of San Diego ("City") acting by and through its City Manager, or his or her designated representative ("Manager"), does hereby give to the National Football League, whose address is 280 Park Avenue, New York, New York 10017, and phone number is (212) 450-2000, (hereinafter referred to as the "NFL" or "Permittee"), the permission to partially, as hereinafter more particularly described, use and occupy those certain Qualcomm Stadium premises as hereinafter described at the time(s) and date(s), and for purpose(s) as follows:

1. **PREMISES:**

| Area | Date | Time Period |
|------|------|-------------|

See Attachment 1.

**Non-Performance Days**

See Attachment 1.

TOTAL MINIMUM RENTAL: $0.00

Subject to such terms, conditions, limitations and restrictions hereinafter enumerated, Permittee may have and enjoy the partial use and occupancy of the stated premises at the time or times aforesaid, for the following purpose(s) only:

See Attachment 1.

This Permit shall have no force or effect whatsoever unless and until the Manager shall have executed the same in the space hereinafter provided, and unless Permittee shall have signified acceptance thereof in the space hereinafter provided. Each party covenants and agrees to perform and abide by each and every term, condition, limitation and restriction hereafter set forth, each of which shall be a condition subsequent to the effect of this Permit, said conditions, terms, restrictions and limitations are as follows, to wit:

See Attachment 1.

2. **RENT:** Permittee shall pay City as the charge for the partial use and occupancy of said premises, the following sums(s):

$0.00.

In addition thereto and as part of said charge, Permittee has undertaken those certain responsibilities related to the renovation of the Stadium locker rooms to be used by Permittee pursuant to this Permit, as set forth in that certain Standard Form Agreement Between Owner and Contractor, by and between National Football League and Sundt Construction, Inc., Southern California, dated June 25, 2002.

In addition thereto and as part of said charge, Permittee shall pay City for the below listed services, facilities, or equipment, the following sum(s);

See Attachment 1.

3. **DEPOSITS:** By _____ N/A _____ Permittee shall deposit with the City the sum of _N/A_ Dollars, which sum shall be credited toward the above charges. In addition thereto, at the option of the Manager, Permittee shall furnish the Manager by _____ N/A _____ cash in the sum of _____ N/A _____ Dollars.

4. **TIME, OF PAYMENT:** Permittee shall pay all rent and expenses within ten (10) days after the end of the event, except as stated in Attachment 1.

5. **CAPACITY:** Permittee shall not sell or distribute or permit to be sold or distributed tickets or passes in excess of the seating capacity of the premises hereinabove described, except as mutually agreed by Manager and Permittee, nor admit thereto a larger number of persons than can safely or freely move about therein. The decision of the Manager in this shall be final. Tickets for standing room shall be sold only upon permission having first been obtained in writing from the Manager and endorsed by the Fire Marshal.

6. **TIME SCHEDULE:** Permittee shall provide the Manager, at least on (10) days prior to the time scheduled for the use of the premises, a full and detailed outline of the use Permittee desires to make of the premises and any other information regarding the use of the premises as reasonably requested by the Manager.

7. **RIGHT OF ENTRY:** Except as set forth in Attachment 1, the premises, including the keys thereto, shall at all times be under the control of the Manager or his/her duly authorized representative. Members of the Police and Fire Departments, and structural inspection personnel of the City of San Diego who have been provided credentials by the Permittee for access to the premises shall have the right to enter said premises at any time during Permittee's use hereof. Provided, however, that in the event there is a public health or safety issue, members of the Police and Fire Departments, and structural inspection personnel of the City of San Diego shall have the right to enter the premises at all times during the term of this Permit. Authorized City personnel who have been provided credentials by the Permittee for access to the premises shall have the further right to enter the premises to make repairs thereto at any time which does not interfere with the use thereof by Permittee.

2

Entrances and exits shall be locked and unlocked at such times as may be required by Permittee. Permittee, however, shall, at its own expense, place any necessary security at entrances or exits to the premises when the same are unlocked. At no time shall Permittee place its own or any other additional locks on any portion of the premises.

8. **INSURANCE:** Permittee shall furnish the City with a certificate evidencing its insurance applicable to its use of the premises. The City shall furnish the Permittee with evidence of insurance as required pursuant to Attachment 1.

9. **ATTORNEY'S FEES:** If either party brings any action or proceeding to enforce, protect, or establish any right or remedy arising out of or based upon this Permit, including but not limited to the recovery of damages for its breach, the prevailing party in said action or proceeding shall be entitled to recover its costs and reasonable attorney's fees.

10. **INJURY TO PREMISES AND DAMAGES:** Permittee shall not do or permit to be done upon said premises, anything that will injure, mar, or in any manner deface the premises. Permittee shall be responsible for repairing any damage to the premises as a result of the event taking place, except for normal wear and tear.

11. **COVENANTS AND CONDITIONS:** All provisions hereof expressed as either covenants or conditions on the part of the City or Permittee to be performed or observed shall be deemed to be both covenants and conditions.

12. **COMPLIANCE WITH CONTROLLING LAW:** The parties shall comply with all applicable laws ordinances, rules, regulations, and policies of the federal, state and local governments as they pertain to this Permit. In addition to the foregoing, Permittee shall comply immediately with any and all directives issued by the City or its authorized representatives under authority of any laws, statutes, ordinances, rules or regulations that do not conflict with Permittee's rights hereunder.

13. **AMERICANS WITH DISABILITIES ACT:** The Permittee, at its cost and expense, shall comply with all provisions of the ADA, the Americans with Disabilities Act Accessibility Guidelines ("ADAAG"), and Title 24 of the California Code of Regulations ("CalADA"), which are applicable to the temporary use of and improvements, alterations, or modifications made to the Premises by the Permittee during the term of this Permit.

Conversely, the NFL shall not be liable for correcting violations (if any) of provisions of the ADA, ADAAG and CalADA by the permanent Stadium structure itself, or by any other permanent improvements located on the Premises, on account of the condition in which such permanent improvements existed prior to the commencement of the term of this Permit.

If any third party brings any action or other proceeding against the City, the NFL or both of them, claiming any violation of the provisions of the ADA, ADAAG, CalADA or any similar statute, where the basis for the claim is principally that the permanent Stadium structure itself, or any other permanent improvements located on the Premises, in the condition in which such permanent improvements existed prior to the commencement of the

3

term of this Permit, violate such provisions, the City will defend, or allow the NFL to engage counsel in its own defense, and will indemnify and hold the NFL harmless from any loss, damage, cost and expense arising from or related to such a claim, including without limitation reasonable attorneys' and experts' fees. The parties are aware that claims have been made by certain third parties that the permanent Stadium structure itself, or other permanent improvements located on the Premises, which permanent improvements existed prior at the commencement of the term of this Permit, allegedly violate the ADA, ADAAG, and CalADA provisions. Accordingly, the City will indemnify and protect the NFL against any such claims described herein.

The City, at its cost and expense, will provide assistive listening devices for use during the Game.

14. **INTEGRATED AGREEMENT:** This Permit and its Attachments contain all of the agreements of the parties and all prior negotiations and agreements are merged herein. This Permit cannot be amended or modified except by written agreement, and mutually agreed upon by the City and Permittee.

15. **SEVERABILITY:** The unenforceability, invalidity, or illegality of any provision of this Permit shall not render any other provision unenforceable, invalid, or illegal.

16. **WAIVER:** The failure of either party to enforce a particular condition or provision of this Permit shall not constitute a waiver of that condition or provision or its enforceability.

17. **HEADINGS:** All headings in this Permit are for convenience only and shall not affect the interpretation of this Permit.

18. **NON-ASSIGNMENT:** Neither party shall assign or delegate the rights and obligations under this Permit, nor any monies due or to become due, without the other's prior written approval. An assignment or delegation in violation of this paragraph shall constitute a default.

19. **MUNICIPAL POWERS:** Nothing contained in this Permit shall be construed as a limitation upon the powers of the City as a chartered City of the State of California.

20. **CALIFORNIA LAW:** This Permit shall be construed and interpreted in accordance with the laws of the State of California. Permittee covenants and agrees to submit to the personal jurisdiction of any state court in the State of California, county of San Diego for any dispute, claim, or matter arising out of or related hereto.

21. **POSSESSORY INTEREST TAX:** A possessory interest subject to property taxation may be created by virtue of this Permit. In the event that a possessory interest is created, Permittee agrees to pay all such possessory interest taxes and the City shall not be liable for the payment of such taxes. Permittee further agrees that the payment of any such taxes shall not reduce any consideration paid to the City pursuant to this Permit or any other agreement Permittee has with the City for the share of revenue generated by the use of the City's facilities authorized pursuant to this Permit.

22. **MISCELLANEOUS PROVISIONS:**

See <u>Attachment 1</u>.

23. **DEFINITIONS:** All definitions not otherwise defined herein shall have the meanings assigned thereto in Attachment 1, attached hereto and by this reference incorporated herein.

24. **EFFECTIVE DATE:** The parties agree that this Permit is effective as of January 1, 2003.

IN WITNESS WHEREOF, the parties have executed this Permit as of the date set opposite the City's signature.

CITY OF SAN DIEGO, a municipal corporation of the State of California

By: _____

Bruce Herring
Deputy City Manager

Date: _____

APPROVED AS TO FORM AND LEGALITY:

CASEY GWINN
City Attorney

By: _____

Kelly J. Salt
Deputy City Attorney

Date: _1 - 9 - 03_____

NATIONAL FOOTBALL LEAGUE,
a Not-for-Profit, Unincorporated Association

By: _____

James Steeg
Senior Vice President, Special Events

Date: _January 06, 2003_____

5

# ATTACHMENT 1

## (to Qualcomm Stadium Use Permit)

This Attachment 1 is attached to and made a part of the City of San Diego Qualcomm Stadium Use Permit dated January 1, 2003 (the "Permit").

1.    Definitions. As used in this Attachment 1 to the Permit, the following terms shall have the following meanings:

1.1    "City" means the City of San Diego, a municipal corporation and charter city under the laws of the Sate of California.

1.2    "Events" means the Game, the Tailgate Party, corporate hospitality and other Game-related events at the Stadium to be staged by the NFL in San Diego, California in January 2003.

1.3    "Game" means Super Bowl XXXVII, to be played in the Stadium on Game Day, including the pre-game, half-time, and post-game activities.

1.4    "Game Day" means January 26, 2003, the day the Game is played in the Stadium.

1.5    "Hard Concessions" means NFL licensed programs, souvenirs, apparel, novelties and all other items that do not constitute Soft Concessions.

1.6    "Luxury Suites" means all existing luxury suites located in the Stadium.

1.7    "Permit" means the City of San Diego Qualcomm Stadium Use Permit effective as of January 1, 2003, and all of its Attachments collectively and amendments thereto.

1.8    "Practice Field" means that portion of the Stadium utilized by the San Diego Chargers as a practice field, as depicted on Attachment 2.

1.9    "Soft Concessions" means items of food and drink.

1.10    "Stadium" means Qualcomm Stadium as depicted on Attachment 2, with the exclusion of those areas listed on Attachment 3.

1.11    "Stadium Parking Areas" means all parking areas located adjacent to the Stadium as depicted on Attachment 2 to be utilized by the NFL, subject to the provisions of this Permit.

1.12    "Tailgate Party" means NFL's private pre-Game party to be staged on the Stadium Parking Areas on Game Day.

1.13  "Teams" means the two member professional football teams participating in the Game.

1.14  "Term" means the term of this Permit which shall commence at 12:01 a.m. on January 1, 2003, and continue through 11:59 p.m. on February 5, 2003.

1.15  "Ticket" means any ticket, credential, certificate, license, badge, pass or other indicia by which admission to the Game or the Events is permitted and controlled by the NFL or its designated third party(ies).

1.16  "Utilities" means gas, electricity, telecommunications, and water and sewer service for which the City is invoiced for its use thereof at the Stadium, including invoices from the City owned or controlled agencies, companies or divisions.

2.  Grant of Rights.

2.1  Use of the Stadium. In consideration for the economic benefit to be realized by the City as a result of the NFL's staging the Game in San Diego, the City hereby grants the NFL the rent-free right to use and occupy the Stadium for the purpose of staging the Events and conducting Events-related parking and other operations. Except as expressly set forth herein to the contrary, the NFL will retain all revenue of any nature whatsoever generated by the Events, subject to any applicable taxes.

2.2  Non-Exclusive Use. The NFL is hereby granted non-exclusive, uninterrupted access to, and use of: (i) the press box area, (ii) auxiliary media areas, and (iii) Stadium storage areas for at least 25 calendar days prior to the Game (starting on January 1, 2003) for construction activity and for at least 10 calendar days after the Game for the move-out of any equipment and the dismantling of any construction.

2.3  Exclusive Use. For the 17 calendar days prior to the Game (starting on January 9, 2003), for the Game Day, and for 72 hours following the Game, except for NFL-authorized City personnel and emergency personnel, the NFL shall have the sole and exclusive right to use and control access to the Stadium, including, but not limited to, the right to sell and/or distribute Tickets for Game Day and to retain all revenue therefrom. Provided, however, that in the event that an NFL division championship game is played in the Stadium on January 19, or any other day in the week prior to the Game, the NFL shall not have sole and exclusive control of the Stadium until the conclusion of the NFL division championship game.

2.4  Excluded Areas. For certain areas excluded from Section 2.3's grant of exclusive use and access rights, see Attachment 3.

3. Police, Fire and Emergency Medical Services.

3.1    At its cost and expense, the City will be responsible for the provision of police, special event traffic controllers, and fire and emergency medical services for the Events. The City will provide such services as are reasonably necessary and appropriate for the Events as determined by the City in consultation with the NFL at and around the Stadium, other Events locations, and the Team hotels. On or before December 29, 2002, the City will be responsible for preparing a security plan which reflects the level of such services to be provided for the Events.

3.2    At its cost and expense, the City will provide the Teams with a police escort to and from the airport and the Team hotels upon arrival in and departure from San Diego and to and from the Team hotels and the Stadium on Game Day.

3.3    At its cost and expense, the City will provide police, special event traffic controllers, fire, and emergency medical services personnel and equipment at and around the Stadium on Game Day.

3.4    At its cost and expense, the NFL may provide or request additional security for the Events. In the event that extraordinary circumstances beyond the City's control warrant greater levels of police, special event traffic controllers, and fire and emergency medical services for the Events than as contemplated in the security plan, the NFL will be obligated to pay the cost and expense of the additional services. In no event will the NFL be obligated to reimburse the City for other personnel costs, overhead or general administrative costs.

4. Operations.

4.1    The City will ensure that appropriate staffing levels above normal sellout levels will be provided to the NFL for the Game.

4.2    The City shall be responsible for the cost and expense of maintenance and custodial staff related to Game.

4.3    At its cost and expense, the City will be responsible for supplying Stadium maintenance, sound room, and scoreboard personnel in numbers equal to those present at the Stadium during a San Diego Chargers game or Holiday Bowl game, whichever is greater.

4.4    During the Term of this Permit, all such maintenance/custodial staff for which the City is responsible under Section 4.2, and maintenance, sound room and scoreboard personnel for which the City is responsible under Section 4.3, will be listed on a manifest to be provided by the City to the NFL no later than January 13, 2003 and will work at the direction of the NFL, provided that such personnel will remain at all times as employees and/or sub-

contractors of the City. The NFL may add additional personnel to perform these and other functions at its sole cost and expense.

4.5     The City shall be responsible for Game related costs and expenses of ushers, ticket takers, private security, and first aid personnel, up to a maximum of $250,000 (not including any costs or expenses of the maintenance/custodial staff for which the City is responsible under Section 4.2, or the maintenance, sound room and scoreboard personnel for which the City is responsible under Section 4.3). The NFL shall be responsible for such Game Day related expenses in excess of $250,000.

5.     <u>Stadium Improvements</u>. The NFL agrees to pay all costs and expenses related to the following improvements to the Stadium during the Term: resodding of the playing field following the 2002 Holiday Bowl; lowering the height of camera baskets (if necessary); provision of any supplemental permanent or temporary electrical equipment for electricity usage; the rental, transportation, installation and removal of temporary seating for the Game; all security equipment required for the Game (other than the portable equipment of the police, traffic controllers, fire and emergency medical services personnel provided by the City pursuant to Section 3 above) at and around the Stadium on Game Day, including, but not limited to additional security fencing around the Stadium and magnetometers; removal of any improvements (if so requested by the City); and restoration of the affected areas. The NFL may make any other temporary or permanent improvements to the Stadium it deems desirable provided that it first will obtain the approval of the City (which approval will not be unreasonably withheld) and that it will be responsible for all costs associated therewith. In the event the Permittee makes any alterations to the Stadium, at the City's request, the Permittee shall, at its sole cost and expense, return that portion of the Stadium to its original condition. In addition to the foregoing, the City and the NFL have mutually agreed to share the cost of the purchase and installation of security cameras in and around the Stadium for the Game. The NFL shall pay the first $200,000 of all related costs and expenses for such purchase and installation; and the City shall pay the remaining costs and expenses up to a maximum amount of $200,000.

6.     <u>Signage, Message Center and Video Display System</u>. Without limiting the generality of the NFL's exclusive rights hereunder, the NFL will have exclusive use of the public address system, scoreboard message center and video display system in the Stadium on Game Day and the exclusive right to retain all revenue generated from concessions, sponsorships, advertising and signage displayed or included within announcements on the public address system, scoreboard message center, video display system or the Stadium in connection with the Game. The foregoing notwithstanding, any permanent signage in the Stadium as of September 1, 2002, the display of which is pursuant to existing contracts between the City, the San Diego Chargers or the San Diego Padres and third party(ies), may remain in the Stadium on Game Day, provided that such signage is not located between the bottom of the loge level of the Stadium and the field, or otherwise visible to television cameras on Game Day.

7.     <u>Luxury Suites</u>. Without limiting the generality of the NFL's exclusive rights to the Stadium during the Term of this Permit, the NFL will have the exclusive control over all

9

Stadium Luxury Suites and will have the exclusive authority to issue Luxury Suite Tickets for the Game in an amount equal to the capacity for each such Luxury Suites.

8. <u>Liquor License</u>. The City hereby consents to the distribution and/or sale of beer, wine and hard alcohol at the Events during the Term. Provided, however, that this consent does not relieve the NFL of the obligation to obtain any other permit or license required for the sale and/or distribution of beer, wine, and hard alcohol by any other governing agency.

9. <u>Parking/Transportation</u>. Subject to the provisions of Section 3, the NFL has prepared in consultation with the City a parking and transportation plan (the "Parking Plan") in connection with the parking and transportation activities to be conducted hereunder. The Parking Plan contemplates that members of the public will be charged for parking at the Stadium during the Term. The NFL is responsible for control and management of all parking and transportation services and operations to, from and on the Stadium Parking Areas. The City agrees to cause its sub-contractor Ace Parking Services ("Ace") to provide parking services at the Stadium during the Term of this Agreement at the direction of the NFL. The NFL will remit to Ace a fee identical in type and manner of calculation as that paid to Ace by the City in connection with San Diego Chargers' games. The NFL will be responsible for any costs and expenses payable to third parties under the Parking Plan. For all days during the Term, including Game Day, the NFL will retain any Parking Plan revenue in excess of Parking Plan costs and expenses which are to be paid or remitted by the NFL (including Ace's fee).

10. <u>Indemnification</u>:

10.1 <u>City's Obligations</u>. During the Term of this Permit and thereafter, the City hereby agrees to defend, indemnify and hold harmless the NFL, its member professional football clubs and their respective affiliates, officers, directors, employees, sponsors, and sub-contractors for, from and against any and all loss, claims liability, demands, causes of actions, damages, attorneys' fees, judgments and settlements arising out of or in connection with the breach of any of the City's representations, warranties or obligations hereunder, any negligent or willful act or omission of the City or its officers, agents, employees, representatives, contractors and subcontractors, or any goods or services provided by the City, its officers, agents, employees, contractors, sub-contractors or anyone acting on behalf of the City in connection with this Permit.

10.2 <u>NFL's Obligations</u>. During the Term of this Permit and thereafter, NFL agrees to defend, indemnify, and hold harmless the City, its officers, agents, employees and representatives, from and against any and all losses, claims, liability, demands, causes of action, damages, attorneys' fees, judgments and settlements arising out of or in connection with the breach of any of the NFL's representations, warranties or obligations hereunder, any negligent or willful act or omission of the NFL and its officers, agents, employees, representatives, contractors and subcontractors, and the NFL's member professional football clubs and their respective affiliates, officers, directors, employees, sponsors, contractors, sub-contractors, and agents, or any goods or services provided by the NFL, its officers, agents, employees,

contractors, sub-contractors or anyone acting by or on behalf of the NFL in connection with this Permit.

11.  Insurance. The City of San Diego is a self-insured public agency and it budgets annually for its self-administered claims program handled through the Risk Management Department. The City also shall have in place a comprehensive general liability policy(ies) for the seventeen days prior to the Game, the day of the Game, and for seventy-two hours after the day of the Game in the amount of ten million dollars, naming the NFL as an additional insured. The City will provide the NFL with: (i) a certificate evidencing such insurance and the status of the NFL as an additional insured; (ii) a copy of the policy(ies) endorsement; and (iii) an endorsement that the insurer(s) waive the right of subrogation against the NFL. All insurance required by this provision shall be carried only in responsible insurance companies that are licensed to do business in the State of California, or that are members of the California Surplus Lines Association.

12.  Miscellaneous.

12.1  Default. If any Party fails to observe or perform any of the provisions of this Permit and such failure is not cured within three days after notice by the affected Party or Parties, then such Party will be in default and without further notice, the affected Party or Parties may not terminate this Permit, but may recover damages resulting from the default or effect a cure on the defaulting Party's behalf and all costs and expenses so incurred by the curing Party together with interest at the rate of ten percent per annum will be due and payable by the defaulting Party on demand. Notwithstanding the foregoing, if a default cannot reasonably be cured within three days, the defaulting Party will not be in default of this Permit if it commences to cure the default within such three-day period.

12.2  Independent Contractors. The parties will be considered independent contractors, and no party or its employees or agents will, under any circumstances be considered employees or agents of any other party or to have been authorized to incur any expense on behalf of any other party. The parties will not be construed to be either partners or joint venturers in the conduct of their obligations under this Permit.

12.3  Quiet Enjoyment. The City covenants that if, and so long as, the NFL keeps and performs each and every material covenant, term, provision, and condition of its under this Permit, the NFL will quietly enjoy its rights under this Permit as such, without hindrance or molestation by any other person lawfully claiming the same by, through, or under the City, subject to the covenants, terms, provisions, and conditions of this Permit.

12.4  Notices. All notices pursuant to this Permit will be in writing and will be deemed properly given if sent by facsimile, personal delivery, by certified United States mail, or reputable, private, over-night courier, postage prepaid, addressed to the addresses set forth below. Notice will be deemed effective on the date of actual receipt or five days after the date of mailing, whichever is earlier.

Mr. James Steeg
Senior Vice President, Special Events
National Football League
280 Park Avenue
New York, New York 10017

Derrick Heggans, Esq.
National Football League
280 Park Avenue
New York, New York 10017

City Manager
202 C Street, M.S. 9A
San Diego, California 92101

12.5    Force Majeure. If any party is unable to perform hereunder as a result of acts of God, war, national disasters, strikes, fire and other comparable events, or as a result of any lawful order issued by the United States government or any officer of the State of California, litigation, or for any other reason beyond the reasonable control of the parties, financial inability excluded (except financial inability to remedy the aforementioned acts and/or events) ("Force Majeure"), then the obligation to perform under this Permit will be suspended during such period and for as long as such conditions will exist, but the Term hereof will not be extended. If as a consequence of such Force Majeure, the Stadium should be destroyed or rendered unfit or unavailable for the purpose of this Permit, the NFL will have the right to stage the Game in any other location without any obligation to the City.

12.6    Interpretation. In the event of any inconsistency between the provisions of the Permit and its Attachments, the provisions of its Attachments will prevail.

12.7    Representations and Warranties. Each party hereto has all right, power, and authority to enter into this Permit and to assume the obligations and grant the rights set forth herein.

12.8    Nondiscrimination. The Parties agree to comply with all applicable state and federal laws, rules, regulations, and executive orders governing equal employment opportunity, immigration, nondiscrimination, and affirmative action.

12.9    Records and Audits. The parties agree to retain all books, accounts, reports, files and other records relating to this Permit and make such records available at all reasonable times for inspection and audit by the other parties or their agents, during the Term and for a period of three years thereafter. The audited party will pay for the cost of any audit that discloses a payment deficiency of more than two percent between the amount due to such party and the amount actually paid or reported by the audited party. The audited party will pay any

deficiency amount together with interest on the deficiency amount, at a rate of one percent per month within ten days after notifications by the auditing party.

12.10 Payment. Each party will invoice the other for all fees and/or payments due hereunder. The invoiced party will have sixty days to remit such payment, after which time interest will become due and payable at the rate of one percent per month.

12.11 Extent of Compliance with Laws. Because the NFL's use and occupancy of the Premises is intended to be only temporary, the parties agree that nothing in this Permit is intended or should be construed to make the NFL liable for the cost or expense of correcting any violations by the existing permanent improvements of the Stadium.

13. Concessions.

13.1 Soft Concessions. The NFL will retain sole and exclusive control over the sale and distribution of all Soft Concessions at and around the Events and the Stadium during the Term of this Permit and will retain all revenues therefrom, less only fees paid to Volume Services America for its concessionaire services at the Stadium on Game Day. Such fees will be identical in type and manner of calculation to those paid by the City in connection with San Diego Chargers games.

13.2 Hard Concessions. The NFL will have the exclusive right to sell Hard Concessions in and around the Stadium during the Term of this Permit and will retain all revenues therefrom.

14. Ordinances. The City has adopted, and will use its best efforts to enforce within its jurisdiction, zoning and other ordinances and take other actions necessary to prohibit sales of illegal and/or counterfeit merchandise, illegal ticket sales, illegal advertising and illegal signage in the City during the Term, including without limitation in and around the Stadium as depicted on Attachment 4.

(to Qualcomm Stadium Use Permit)

This Attachment 2 is attached to and made a part of the City of San Diego Qualcomm Stadium Use Permit dated as of January 1, 2003 (the "Permit").

# Qualcomm Stadium



# ATTACHMENT 3

## (to Qualcomm Stadium Use Permit)

This <u>Attachment 3</u> is attached to and made a part of the City of San Diego Qualcomm Stadium Use Permit dated as of January 1, 2003 (the "Permit").

The following areas within the Stadium will not be included within the NFL's areas of exclusive control under Section 2 of <u>Attachment 1</u>. The foregoing, notwithstanding, no person will have access to such areas on Game Day without a Ticket, nor shall the San Diego Padres have the right to charge an additional fee to any Ticket holder for access to its business office.

1.    Volume Services America's business office.

2.    Ace Parking's business office.

3.    The Padres' game day operations center and ticket offices.

4.    The Padres' gift shop.

5.    The San Diego Bowl Game Association office from January 1, 2003 to January 23, 2003.

6.    The Stadium Management Office from January 1, 2003 to January 20, 2003.

<u>ATTACHMENT 4</u>

(to Qualcomm Stadium Use Permit)

This <u>Attachment 4</u> is attached to and made a part of the City of San Diego Qualcomm Stadium Use Permit dated January 1, 2003 (the "Permit').



## Legend

Special Event Zone
Trolley Stops
Freeways
Roads
Trolley Line
Pacific Ocean
Water
Parks

Vicinity Map

1:19000

SanGIS

Super Bowl XXXVII
Qualcomm Stadium Special Event Zone
January 15 - 28, 2003