UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY WALKER, et al., | ) Civil No. 97-1547-BTM(LSP) |
| Plaintiffs, | ) |
| v. | ) ORDER REGARDING SETTLEMENT |
| | ) AGREEMENT AND DEADLINE FOR |
| CITY OF SAN DIEGO, et al., | ) FINAL MODIFICATIONS |
| Defendants. | ) |

On November 12, 2008, the Court conducted a Status Conference in the above-entitled matter. Amy Vandeveld appeared at the Status Conference on behalf of Plaintiffs. Eugene Gordon appeared at the Status Conference on behalf of Defendants.

At the Status Conference, both counsel agreed that, on or before December 15, 2008, the Settlement Agreement between the parties would be signed, or by Court order, the Settlement Agreement would be deemed signed as of that date. Further, counsel agreed that Plaintiffs' counsel would send a letter to Defendants' counsel that outlines the final modifications that need to be made pursuant to the Settlement Agreement. On November 13, 2008, Plaintiffs' counsel sent to Defendants' counsel and the Court the letter that

outlines the final modifications to be made.

IT IS HEREBY ORDERED:

    1. The Settlement Agreement between the parties is deemed signed by all parties as of December 15, 2008.

    2. The parties shall meet and confer regarding the completion date of the modifications to be made, pursuant to Plaintiffs' counsel's November 13, 2008 letter.

    3. If, by January 14, 2009, counsel have not agreed to a date for completion of the modifications to be made, a Status Conference shall be held on <u>January 15, 2009</u> at <u>8:30 AM</u>. On or before January 14, 2009, counsel shall notify the Court if they have not reached agreement regarding a date for completion of the modifications to be made. If the modifications to be made are different from those stated in Plaintiff's counsel's November 13, 2008 letter, counsel shall provide the Court with a list of modifications remaining to be completed.

IT IS SO ORDERED.

DATED: December 19, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge