UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY WALKER, et al., | ) Civil No. 97-1547-BTM(LSP) |
| Plaintiffs, | ) |
| | ) ORDER REGARDING DEADLINE |
| v. | ) FOR FINAL MODIFICATIONS |
| | ) |
| CITY OF SAN DIEGO, et al., | ) |
| | ) |
| Defendants. | ) |

On January 15, 2009, the Court conducted a Status Conference in the above-entitled matter. Amy Vandeveld appeared at the Status Conference on behalf of Plaintiffs. Eugene Gordon appeared at the Status Conference on behalf of Defendants.

At the Status Conference, both counsel agreed that the final modifications that need to be made pursuant to the Settlement Agreement and Plaintiffs' counsel's November 13, 2008 letter, shall be completed by <u>April 1, 2009</u>.

Counsel also agreed that Plaintiffs' counsel shall inspect each modification after it is completed. Therefore, after each modification is completed, Defendants' counsel shall contact Plaintiffs' counsel to inform her that a particular modification has

been completed.  As soon as possible thereafter, Plaintiffs' counsel shall inspect the modification.  Status Conferences may be held periodically as necessary to discuss the modifications.

Absent good cause, sanctions shall be imposed on Defendants for every day after April 1, 2009 that the modifications have not been completed.

IT IS SO ORDERED.

DATED:   January 15, 2009

　　　　　　　　　　　　　　　　　　　Hon. Leo S. Papas
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge